**George M. COLEMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34232.**

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 29, 1983.

Joseph H. Locascio, Sp. Public Defender, Mimi Droll, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., DIXON and CLARK, JJ.

## ORDER

PER CURIAM:

Appeal from denial of motion under Rule 27.26 to vacate judgment and sentence. Judgment affirmed. Rule 84.16(b).